1  CAROL C. LAM
   United States Attorney
2  CARLA J. BRESSLER
   Assistant United States Attorney
3  California State Bar No. 134886
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6763
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
                                 FILED

                               JAN 1 1 2007

                          CLERK, U.S. DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
                      BY    CULU              DEPUTY
```

8

9                    UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA   07cr 0066-LAB

11  UNITED STATES OF AMERICA,        )   Magistrate Case No. 06MJ2358
                                     )
12                       Plaintiff,  )
                                     )   **STIPULATION OF FACT AND JOINT**
13            v.                     )   **MOTION FOR RELEASE OF**
                                     )   **MATERIAL WITNESS(ES) AND**
14  MICHAEL PAUL CORNEJO,            )   **ORDER THEREON**
                                     )
15                       Defendant.  )
                                     )   **(Pre-Indictment Fast-Track Program)**
16  _____)

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Carla J.

19  Bressler, Assistant United States Attorney, and defendant MICHAEL PAUL CORNEJO, by and

20  through and with the advice and consent of defense counsel, John Ellis, Esq., Federal Defenders of

21  San Diego, Inc., that:

22        1.        Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

27  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

28  CJB:kmm:12/29/06

1   2. Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4   3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **February 26, 2007**.

6   4. The material witnesses, Arceli Medina-Betancourt and Jose Alfredo Macip-Molina,

7 in this case:

8     a. Are aliens with no lawful right to enter or remain in the United States;

9     b. Entered or attempted to enter the United States illegally on or about

10 December 26, 2006;

11     c. Were found in a vehicle driven by defendant at the San Ysidro, California Port

12 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were

13 aliens with no lawful right to enter or remain in the United States;

14     d. Were paying $1,800-2,000 to others to be brought into the United States

15 illegally and/or transported illegally to their destination therein; and,

16     e. May be released and remanded immediately to the Department of Homeland

17 Security for return to their country of origin.

18   5. After the material witnesses are ordered released by the Court pursuant to this

19 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22     a. The stipulated facts set forth in paragraph 4 above shall be admitted as

23 substantive evidence;

24     b. The United States may elicit hearsay testimony from arresting agents

25 regarding any statements made by the material witness(es) provided in discovery, and such testimony

26 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27 of (an) unavailable witness(es); and,

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Michael Paul Cornejo    2      06MJ2358

1        c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5        6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12        It is STIPULATED AND AGREED this date.

13                                   Respectfully submitted,

14                                   CAROL C. LAM

15                                   United States Attorney

16  Dated: 1/11/07

17                                   CARLA J. BRESSLER

18                                   Assistant United States Attorney

19  Dated: 1/4/07

20                                   JOHN ELLIS, ESQ.

                                    Defense Counsel for

21                                   MICHAEL PAUL CORNEJO

22  Dated: 1/4/07

23                                   MICHAEL PAUL CORNEJO

                                    Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Michael Paul Cornejo       3       06MJ2358

1              **O R D E R**

2      Upon joint application and motion of the parties, and for good cause shown,

3      **THE STIPULATION** is admitted into evidence, and,

4      **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to their country of origin.

6      **SO ORDERED.**

7      Dated: _____1/11/07_____ .

                                        United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Michael Paul Cornejo          4                    06MJ2358

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
            Plaintiff     )
                      )
           vs.         )
                      )
Michael Paul Cornejo   )
                      )
         Defendant(s)   )
_____ )

CRIMINAL NO. 07CR0066-LAB

ORDER

RELEASING MATERIAL WITNESS

Booking No. 02460298

On order of the United States District/Magistrate Judge: **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Araceli Medina-Betancourt

DATED: 1/11/07

RECEIVED _____
          DUSM

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082